# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

RICHARD TEWELL
REG. #16326-424                                                                                   PETITIONER

VS.                                      2:08CV00136 SWW/JTR

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 12th day of September 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE