# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

RICHARD TEWELL
REG. #16326-424                                                                                              PETITIONER

VS.                                        2:08CV00136 SWW/JTR

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 12th day of September 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE